Case 1:26-cr-00392-GBD Document 19 Filed 11/17/26 Page 1 of 1

Federal Defenders
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

November 16, 2026

**BY ECF & EMAIL**

SO ORDERED
The status conference scheduled for November 19, 2026 is adjourned to January 14, 2027 at 10:15 a.m.
George B. Daniels
HON. GEORGE B. DANIELS

NOV 17 2026

Hon. George B. Daniels
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** United States v. Joel Dejesus, 26-CR-392 (GBD)

Dear Judge Daniels:

The Defense writes to request an unopposed 60-day continuance of the presently scheduled conference on November 19, 2026. This is the Defense's first request for an adjournment of this conference.

The parties are engaged in plea negotiations, and the sought continuance will allow the government to extend any potential plea offer, as well as allow for sufficient time for Mr. DeJesus to consider and discuss any offer with defense counsel.

I have communicated with the assigned Assistant United States Attorney, Ariana Bloom, and she consents to this request.

The Defense consents to the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h).

Respectfully submitted,

<u>/s/ Mitchell Schwartz</u>
Mitchell Schwartz
Assistant Federal Defender
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007